**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Tamarquis Antwain Wingate, Appellant.

Appellate Case No. 2014-002717

---

Appeal From Florence County
Donald B. Hocker, Circuit Court Judge

---

Unpublished Opinion No. 2017-UP-064
Submitted November 1, 2016 – Filed February 1, 2017

---

**APPEAL DISMISSED**

---

Chief Appellate Defender Robert Michael Dudek, of
Columbia; and Tamarquis Antwain Wingate, pro se, for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

---

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF and SHORT, JJ., and MOORE, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.